ACCEPTED
03-15-00263-CR
8017257
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/30/2015 3:35:49 PM
JEFFREY D. KYLE
CLERK

## No. 03-15-00263-CR

In the
### COURT OF APPEALS
For the
### THIRD SUPREME JUDICIAL DISTRICT
at Austin

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/30/2015 3:35:49 PM
JEFFREY D. KYLE
Clerk

On Appeal from the 264th Judicial District Court of
Bell County, Texas
Cause Number 73061

### JOHN LEE BOWMAN, Appellant
*v.*
### THE STATE OF TEXAS, Appellee

### MOTION TO WITHDRAW AS COUNSEL

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

After a diligent review of the record, the undersigned has determined that there are no points of error which, in good conscience, could be raised in this appeal. Therefore, the undersigned has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 744 (1967). For that reason, the undersigned requests that she be allowed to withdraw from this case so that Appellant may pursue a *pro se* appeal.

1

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Kristen Jernigan, court-appointed counsel for Appellant in the above styled and numbered cause, respectfully prays that the Court grant this motion to withdraw.

Respectfully submitted,

_____/s/ Kristen Jernigan_____
KRISTEN JERNIGAN
State Bar Number 90001898
207 S. Austin Ave.
Georgetown, Texas 78626
(512) 904-0123
(512) 931-3650 (fax)
Kristen@txcrimapp.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Motion to Withdraw as Counsel has been emailed to the Bob Odom, Bell County District Attorney's Office, 1201 Huey Road, Belton, Texas 76513, on November 30, 2015.

_____/s/ Kristen Jernigan_____
Kristen Jernigan

2